IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HAMMOND MURPHY,<br><br>                     Plaintiff,<br><br>      vs.<br><br>JENI'S SPLENDID ICE CREAMS, LLC.,<br>Jeni's Splendid Ice Creams, LLC,<br><br>                     Defendant. | Case No.: 1:25-cv-194-RAL |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that Plaintiff Anthony Hammond Murphy hereby voluntarily dismisses, with prejudice, his complaint against Defendant , pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with the parties to bear responsibility for their respective fees and costs.

Dated: December 12 2025

By:    /s/ Lawrence H. Fisher
      Lawrence H. Fisher, Esq. (PA 67667)
      One Oxford Centre, Suite 270
      301 Grant Street
      Pittsburgh, PA 15219
      lawfirst@lawrencefisher.com
      *Counsel for Plaintiff,*
*Anthony Hammond Murphy*